UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **VERONICA SWAN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case: 4:24-cv-03452 |
| | § | |
| **PHH MORTGAGE CORPORATION** | § | |
| **Defendant,** | § | |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VERONICA SWAN ("Plaintiff"), by and through her undersigned counsel, and files this Motion for Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and in support thereof, states as follows:

- Plaintiff no longer wishes to pursue this litigation and voluntarily moves for dismissal without prejudice.

- Defendant PHH MORTGAGE CORPORATION is an active participant in this case. This request for dismissal is made in good faith and will not prejudice any party.

- Plaintiff respectfully requests that the Court enter an order dismissing this action without prejudice, with each party to bear its own costs and attorney's fees.

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), Plaintiff's counsel conferred with Defendant's counsel regarding this motion. Defendant has stated that it is unopposed to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion for Voluntary Dismissal Without Prejudice was served upon all counsel of record via the Court's ECF system on this 12th day of February 2025.

        Respectfully submitted,

        HAMILTON & CO. LAW FIRM, PLLC
        Sugar Land Centers
        2245 Texas Dr, Suite 300
        Sugar Land, TX 77479
        Tel: 832-699-8769

        BY:

        /s/ Charles A. Herbert
        CHARLES A. HEBERT
        Texas Bar No. 00789363
        Email: Charles.herbert@law-hc.com
        Attorney for Plaintiff